IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERIC M. GREER                                                                              PLAINTIFF

vs.                                   Civil No. 1:18-cv-01033

NANCY A. BERRYHILL                                           DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 20th day of June 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                                    /s/ *Barry A. Bryant*

                                                                    HON. BARRY A. BRYANT
                                                                    U. S. MAGISTRATE JUDGE